# D-3


# Skill



*Event*

General Business Skills - Professional Effectiveness

## Managing Competing Priorities, Deadlines and Objectives

| | | | |
|---|---|---|---|
| **Starts:** | Monday, January 23, 2006<br>Date or City Bad? | **Single Price:** | $195.00 |
| | | **Group Price:** | $175.00 |
| **Type:** | Public Seminar | **Group Minimum:** | 4 |
| **Location:** | Atlanta, GA | | |

Register for an event:

Number of Participants: [ ]

Regist

**Guarantee:** A 100% full refund for any reason up to 30 days after the event if you attended and have any issues about the quality (no risk in trying any seminar or event). You may also substitute participants at any time without cost if you cannot attend. A full refund shall also be given if cancellation is made more than 10 business days before an event because many of our variable costs can be avoided. If the participant is a "no show" or cancels less than 10 business days before an event, even though the instructor, manual, facility and catering costs will have already been incurred by us, we will still issue you a 100% credit toward a future event so there is no risk in trying any of our events.

### Who Should Attend
Busy managers, supervisors, or administrative people who juggle deadlines, projects, and multiple demands and have no time to waste.

### Overview
This seminar will bring you proven techniques, guidelines and strategies to teach you how to how handle multiple priorities, do away with time wasting activities, increase organization skills, easily deal with pressure, minimize conflict in tough situations, and strive to maintain high quality and productivity.

### Agenda

Best practices in self management

- Defining your requirements
- Balancing external and internal constraints
- Knowing the difference between 'ideal' and actual use of time
- Setting clear objectives
- Secrets to positive self-affirmation to make you feel more confident in accomplishing competing priorities

How to avoiding common problems in managing multiple priorities and meeting deadlines

- Conducting careful activity planning
- Identifying Limitations In Project Implementation Early On
- Managing activity interruptions
- Recognizing obstacles in meeting deadlines

**D-3**

- Understanding the importance of being firm in controlling your time
- Avoiding procrastination
- Setting realistic guidelines
- Eliminating negative thoughts in managing multiple tasks
- Knowing the keys to accomplishing multiple tasks without sacrificing quality

How to get organized

- Managing paperwork, phone calls ,and meetings
- Crafting clear and concise correspondences
- Establishing an effective mailing and email system
- Arranging For A More Productive And Ergonomic Work Area

Setting work breakdown arrangements

- Identifying appropriate methodologies to match project objectives
- Crafting realistic and attainable estimates
- Balancing among targets, estimates, and commitments
- Scheduling, resource utilization, and milestone plans

Setting and meeting individual and team objectives

- Developing a systematic and effective approach to planning
- Taking on important versus urgent tasks
- Effectively handling interruptions
- Reconciling team and personal objectives
- Giving positive reinforcement for team members efforts
- Knowing your management style
- Determining your team members' learning styles
- Knowing when you should delegate tasks and to whom

Project implementation and control

- Establishing an effective status reporting system
- Knowing when to change the project scope
- Knowing when to change the control board
- Conducting impact assessments

How to control stress
- Making stress work to your advantage
- Knowing your vulnerability to stress
- How to avoid burn-out

Number of Participants: [ 1 ]  Register

BACK

Home | About Us | Questions | Contact Us





*Event*

| Business Skills - Management, Leadership & Strategy |
|---|

### Fundamentals of Successful Pr●ject Management

| **Starts:** | Tuesday, May 24, 2005 | **Single Price:** | $199.00 |
| | ~~Date or City Bad?~~ | **Group Price:** | $179.00 |
| **Length:** | 1 day, 9:00 AM - 4:00 PM | **Group Minimum:** | 4 |
| **Type:** | Public Seminar | | |
| **Location:** | Atlanta, GA | | |

Register for

**Guarantee:** A 100% full refund for any reason up to 30 days after the event if the participant attended and has any issues about the quality (no risk in trying any seminar or event). You may also substitute participants at any time without cost if you cannot attend. A full refund shall also be given if cancellation is made more than 10 business days before an event because our variable costs can be avoided. If the participant is a "no show" or cancels less than 10 business days before an event, a 100% credit toward a future event shall be issued instead of a refund as the space, instructor and manual costs will have already been incurred by us.

### Overview

**You'll learn ...**

- How to manage and work on projects while you're juggling your regular job responsibilities
- How to develop your project plan and get it started in the right direction
- How to apply the universal 5-stage project management model
- How to use 2 types of project reviews to give you early warning of trouble ahead
- And much more

Learn the secrets to successful project management ... how to create a plan, implement it, monitor progress, correct as necessary and deliver as promised. This two-day workshop will show you how to make projects an orderly progression of completed objectives, instead of a helter-skelter race with disaster.

### Agenda

Part One.

**Key considerations for project managers**

- The 6 unique characteristics that distinguish project management from other responsibilities

- Mastering the 5-stage project management process
- Recognizing the "triple threat" constraints you face with every project you start
- Why deadlines are missed—how to avoid, up front, the single biggest obstacle to meeting the schedule

E-1

- Avoiding the 4 most common problems that plague projects
- How to identify and avoid the 3 biggest pitfalls that can keep a project's outcome from living up
- The 10 commandments for successful project management
- The SMART approach to setting clear goals

**The fundamentals of project planning**

- The basic purpose of planning
- How to recognize and overcome the barriers to good planning
- When planning really is a waste of time
- The one rule to use for determining how much time to allow for planning
- How to use a simple planning "safety net" to make sure nothing falls through a crack
- Planning the time dimension—how to use PERT, Gantt, CPM—choosing the technique best suited to your needs
- How to estimate a project's cost—4 straightforward methods
- How to efficiently integrate and allocate the resources at your disposal (and how to make a powerful case for more resources when you need them)
- There are 3 commonly accepted ways to provide for contingencies in project plans—we'll show you which one top project managers prefer

**Getting down to work**

- Individuals receive trophies; teams win championships—how to recruit and select the winning project team
- The 4 staffing rules for building an effective team
- How to instill a high degree of motivation and commitment in team members
- How to get the cooperation and involvement of the critically important "support" team
- Why team member task assignments must include some "give and take"
- How to conduct project meetings that get results
- How to use the WBS system to tie work units to the time dimension
- Choosing the right management tools: Internal integration vs. external integration
- 4 vital "people factors" you must take into account when setting objectives

Part 2:

**Monitoring and controlling**

- How to structure reports for maximum value
- How to determine the kinds of reports you'll want
- What written reports can and cannot tell you
- How to determine how much detail reports should include and what the distribution should be
- Recognizing the built-in bias of the report writer
- Using periodic and topical reviews as your "off-course alarm system"
- Communicating and coordinating—how to let everyone on the project know what's expected of them and how they're doing
- How to establish checkpoints and milestones that tell you whether or not your project is on track

**Problem solving and troubleshooting**

- The 7-step problem-solving formula
- How using a decision tree can often make the solution obvious
- Dealing with the special problems of smaller projects
- How to use the principle of "organized disagreement" to ferret out creative alternatives and solutions
- How to handle the 7 most common sources of conflict in project management situations
- How to get team members to accept changes when necessary
- How to prepare for the changing nature and intensity of conflict as the project progresses
- 9 specific actions you can take immediately to save bogged-down, derailed projects
- How to recognize and deal with the "dirty dozen" project productivity killers

**Managing multiple projects**

- The one management secret that will always serve you no matter how many "top priorities" you're juggling
- Recognizing which projects must take precedence
- Multi-project reporting systems

**Computers and project management**

- Recognizing what personal computer software project management programs can do for you—and what they can't
- 7 evaluation criteria to help you select the best software package for your needs
- How to "test the water" before you jump in

**Putting it all together**

- How to organize what you've learned into your own Project Action Plan

Number of Participants: [ 1 ] [Register]

BACK

Home | About Us | Questions | Contact Us

E-2



# Fundamentals of Successful Project Management

**PLAN**     **SCHEDULE**     **CONTROL**

**We're coming to your area ...**

## The unique two-day workshop that takes the mystery out of successful project management

- **How to** manage and work on projects while you're juggling your regular job responsibilities
- **How to** set realistic time lines and goals for your projects
- **How to** apply the universal 5-stage project management model
- **How to** develop your project plan and get it started in the right direction
- **How to** build in flexibility and contingency plans instead of putting out fires
- **What** immediate actions you can take to save bogged-down or derailed projects
- **How to** set up checkpoints to gauge the project's progress along the way
- **How to** use 2 types of project reviews to give you early warning of trouble ahead
- **Tips** for keeping project team members focused, committed and motivated
- **And much more training** on how to keep your projects *on track, on budget, on time!*

## Who needs project management training?

- Managers and supervisors
- Self-directed work groups
- Project leaders
- Team leaders

Almost everyone's job today includes the requirement for successfully managing projects. The need for a straightforward framework for successfully managing a variety of projects has never been greater. *Fundamentals of Successful Project Management* provides the real-world approach and teaches the fundamental skills that everyone who works on projects can benefit from.

To enroll, call toll free **1-800-873-7545**

Presented by: SkillPath® Seminars
*The Smart Choice®*
©1995, SkillPath® Seminars

# The Easy Way
## To Successful Project Management

We consulted with the nation's leading project management experts and top project managers in the field to bring you the most comprehensive project management training available. You'll find it rich in detail on how to set realistic goals and objectives, plan and track progress and use real-world techniques for keeping projects on course.

That's the focus of these intensive two days of training:

**To provide you with a practical, easy-to-use system for planning and managing projects effectively.**

You'll learn how to use scheduling tools like Gantt, CPM and PERT and how to evaluate the pros and cons of each for your particular project needs. Plus, you'll learn how to recognize and avoid some of the common pitfalls and mistakes that can sabotage even the most well-conceived projects. And, because "gremlins" always show up, we'll show you how to provide for contingencies and how to creatively solve problems and handle conflicts.

What's more, we bring this unique two-day course right to your area at a price that's a fraction of what others charge for similarly comprehensive programs.

**PLAN**          **SCHEDULE**          **CONTROL**

## You'll gain 6 valuable skills that will serve you forever:

**1 How to plan projects.** What the plan should include, what it shouldn't ... How much time to allow for planning ... Taking into account the "triple constraint" all projects encounter ... How to use powerful tools that can make planning easier

**2 How to establish time lines.** How to select and use the appropriate tools for scheduling: PERT, Gantt, CPM ... Step-by-step guidelines for establishing milestones

**3 How to keep things moving.** How to select your team, get their support and the support of other key players ... How to motivate and communicate ... How to secure top management's agreement and backing

**4 How to monitor and control.** Reports and reviews—when to use both ... How to keep tabs on costs, schedules and objectives ... How to monitor checkpoints to measure progress

**5 How to solve problems.** Creative approaches to solving problems ... Getting the most from available resources ... Specific actions that can save projects in trouble ... How to overcome resistance to adjustments and change

**6 How to manage multiple projects.** A systematic approach to staying on top of several projects at once ... How to select team leaders/project managers ... How to set priorities and resolve the conflict between competing priorities

**Like to know more?**
Turn to pages 4 – 5 for detailed outlines of both fascinating days.




# Special Memorandum ...

TO: Project managers and team leaders, managers and supervisors with project management responsibilities

FROM: Robb Garr

Good things happen to those who know how to manage projects. The ability to make things happen ... to meet deadlines ... to build and supervise a team ... to get results. That's what makes people take notice. That's what makes careers soar!

It's a fact. Managers who know how to complete projects on time, on budget and with the desired results are in high demand and—as top management everywhere agrees—in short supply.

**That's why we set out to consult with the nation's top project managers. We wanted to find out what techniques are working for them, gain the benefit of their experience and practical insights and bring the information straight to you.**

So, what are the secrets of these project management "superstars"? No secrets, really. Just a thorough understanding of what it takes to guide a project from bright idea to bottom-line result. The know-how to create a plan, implement it, monitor progress, correct as necessary and deliver as promised. The skills to make their projects an orderly progression of completed objectives, instead of the all-too-common helter-skelter race with disaster.

That's our crystal-clear goal in this unique seminar. To equip you with the tools, knowledge, insights and skills to make you an outstanding project manager. We'll focus on practical applications and techniques that you can take back to work and use the very next day: Step-by-step guidelines that you can apply to your current or next project.

You'll learn how to get projects started in the right direction, set goals and develop your plan, build your project team, allocate your resources, monitor progress, adjust and correct as necessary, avoid common project pitfalls, handle the inevitable problems and complete the project on schedule.

**Whether your project is simple and straightforward or complex and detailed, the same rules apply. You'll leave this seminar equipped to be more effective than ever before in leading projects to successful completion.**

Managing projects successfully is a challenge. Yet there are great rewards for those who master the necessary skills.

Let us show you how.

*Robb*

Robb Garr
President, SkillPath Seminars

**P.S.** Whether you manage projects full-time or as an additional duty, the skills you'll gain from this training can save you and your organization valuable time and resources while making your projects more successful.

**To enroll:** Call toll free **1-800-873-7545**, register on-line at **www.skillpath.com**, e-mail us at **enroll@skillpath.net**, fax us at **1-913-362-4241** or mail in the enrollment form on **page 7**

3



# Two-Day Workshop Outline

## DAY 1 — 9 a.m. to 4 p.m.

### Key considerations for project managers

- The 6 unique characteristics that distinguish project management from other responsibilities
- Mastering the 5-stage project management process
- Recognizing the "triple threat" constraints you face with every project you start
- Why deadlines are missed—how to avoid, up front, the single biggest obstacle to meeting the schedule
- Avoiding the 4 most common problems that plague projects
- How to identify and avoid the 3 biggest pitfalls that can keep a project's outcome from living up to expectations
- The 10 commandments for successful project management
- The SMART approach to setting clear goals

### The fundamentals of project planning

- The basic purpose of planning
- How to recognize and overcome the barriers to good planning
- When planning really *is* a waste of time
- The one rule to use for determining how much time to allow for planning
- How to use a simple planning "safety net" to make sure nothing falls through a crack
- Planning the time dimension—how to use PERT, Gantt, CPM—choosing the technique best suited to your needs
- How to estimate a project's cost— 4 straightforward methods
- How to efficiently integrate and allocate the resources at your disposal (and how to make a powerful case for more resources when you need them)
- There are 3 commonly accepted ways to provide for contingencies in project plans—we'll show you which one top project managers prefer

## DAY 2 — 9 a.m. to 4 p.m.

### Monitoring and controlling

- How to structure reports for maximum value
- How to determine the kinds of reports you'll want
- What written reports can and cannot tell you
- How to determine how much detail reports should include and what the distribution should be
- Recognizing the built-in bias of the report writer
- Using periodic and topical reviews as your "off-course alarm system"
- Communicating and coordinating—how to let everyone on the project know what's expected of them and how they're doing
- How to establish checkpoints and milestones that tell you whether or not your project is on track

### Seminar materials

And you won't go home empty-handed. You'll leave this workshop with a Certificate of Attendance; a soundly researched, unabridged workbook; your personal Project Action Plan for implementing what you've learned; and step-by-step guidelines for sharing the new ideas with your associates back at work. Plus, we bet you'll leave with the business cards of at least two other seminar participants for future networking.

### Brought to you by SkillPath

*The Smart Choice®* for people serious about success

SkillPath trains thousands of achievement-oriented professionals like you every month, from organizations of all sizes and all types—business, government, health care, education and the military. Our seminar leaders are a select group of trainers at the top of their profession—skilled teachers with a tremendous depth of knowledge in their respective topic areas. Our commitment to providing you with the highest-quality learning experience possible has made SkillPath the fastest-growing training company in the world. Attend this seminar and experience for yourself the positive effect of powerful ideas, skillfully presented.

### America's top 500 companies can't be wrong

Top-notch trainers, comprehensive materials and our guarantee of satisfaction ensure that a quality learning experience awaits you at every SkillPath program—three of the reasons that all 500 of the Fortune 500 companies choose us to train their people. We hope you will too. After all, when you need training, why settle for less than the best?

To enroll,
call toll free
**1-800-873-7545**
or on-line at
**www.skillpath.com**

## Getting down to work

- Individuals receive trophies; teams win championships—how to recruit and select the winning project team
- The 4 staffing rules for building an effective team
- How to instill a high degree of motivation and commitment in team members
- How to get the cooperation and involvement of the critically important "support" team
- Why team member task assignments must include some "give and take"
- How to conduct project meetings that get results
- How to use the WBS system to tie work units to the time dimension
- Choosing the right management tools: Internal integration vs. external integration
- 4 vital "people factors" you must take into account when setting objectives

## Praise from past participants of *Fundamentals of Successful Project Management* ...

*"The seminar was very helpful, not only on the technical project management side, but with addressing the people side. The human element is the most important part of managing projects."*
—Salvatore J. Mastellone
  Vice President, Medex Assistance Corp.

*"One of the most effective and informative seminars I've attended. The trainer made the seminar enjoyable with his personal insight and knowledge of the requirements of today's project manager."*
—Paul Ingeneri
  Project Coordinator, Sallie Mae

*"I learned new ways of tracking projects by improved communication skills, organized time lines and charting project phases to help improve performance."*
—Mark Williams
  Producer/Director, KLVX Communications Group

*"I am a project engineer who came here to understand the world of project management on a large project. I have left with a new respect for the field of project management and lots of new ideas to make our current project a success."*
—Pauline Hartwig
  Decommissioning Field Supervisor, AECL

*"The subject matter gave me a fresh perspective on what I've been doing right and what needs change."*
—Patrick Maloney
  President, Massachusetts Remodeling Co. Inc.

## Problem solving and troubleshooting

- The 7-step problem-solving formula
- How using a decision tree can often make the solution obvious
- Dealing with the special problems of smaller projects
- How to use the principle of "organized disagreement" to ferret out creative alternatives and solutions
- How to handle the 7 most common sources of conflict in project management situations
- How to get team members to accept changes when necessary
- How to prepare for the changing nature and intensity of conflict as the project progresses
- 9 specific actions you can take immediately to save bogged-down, derailed projects
- How to recognize and deal with the "dirty dozen" project productivity killers

## Managing multiple projects

- The one management secret that will always serve you no matter how many "top priorities" you're juggling
- Recognizing which projects *must* take precedence
- Multi-project reporting systems

## Computers and project management

- Recognizing what personal computer software project management programs can do for you— and what they can't
- 7 evaluation criteria to help you select the best software package for your needs
- How to "test the water" before you jump in

## Putting it all together

- How to organize what you've learned into your own Project Action Plan

## On-site seminars, consulting and keynote speaking

**It's simple. Our people can make your people better.** We can customize any of our programs and bring our trainer right to your company's door. We also provide a full range of in-house consulting services, and our trainers are always delighted to add sparkle to your next corporate or association meeting with a stimulating keynote speech designed just for you. For more information about all our on-site services, call our on-site training department at 1-800-873-7545. Whether you have 3 or 300 people to train, SkillPath is the answer.

**SkillPath's continuing support ...** We don't just stand behind our seminars, we stand behind *you*. If, after attending the seminar, you're faced with a project management problem and don't know where to turn—try us. Just send a brief description of your particular problem or question and one of our specialists will promptly respond. Where else can you find that kind of support? *Nowhere but with SkillPath.*

## Important information

**Our registration table opens at 8:15 a.m. on the first day.** When you arrive at the hotel, please check the directory for the exact location of the seminar. Our registrars will greet you, assist you with your registration (or collect your Express Admission Ticket), hand you your seminar materials and direct you toward your seat. You'll also want to take the opportunity to meet other professionals from your local area. Introduce yourself! You may meet a new friend. Plan to be registered and ready to go by 8:50 a.m.

**We'll begin each day at 9:00 a.m. on the dot and wrap up at 4:00 p.m.** Lunch is on your own from 11:45 a.m. to 1:00 p.m. Why not invite another participant to dine with you? You can share information, review the morning and make each day even more enjoyable.

**Parking.** We do our best to find seminar facilities that have all the pluses we look for: Convenient location, great meeting rooms, courteous staff and plenty of free parking. However, some facilities have paid parking only. You may want to check with the facility personnel to determine parking fees—often they can direct you to free parking just around the corner.

**Tape recording.** Our programs—both what you see and what you hear—are fully copyrighted by SkillPath. No audio recording or videotaping, please.

## Still haven't picked up the phone?

Five more good reasons why you will want to attend this program ...

1. **Our trainers are the best ... period.** We choose only the pros who have a proven track record of training effectiveness, professionalism and expertise. And what's more, they're exciting communicators who'll provide you with two of the most interesting days you've ever spent.

2. **We give you only the most important, important information.** There's a lot of information out there that could take you years to gather on your own. In two fast-paced days, we'll give you what we believe is the best, most important information to help you be the best you can be.

3. **Practicality is emphasized.** You will leave this seminar with specifics you can apply immediately. We promise you'll get results on your very next day back at work.

4. **The value is unbeatable.** Not only is our enrollment fee among the lowest you'll find, when four or more enroll from the same organization, you'll enjoy a significant discount.

5. **Our guarantee is unconditional, straightforward and the very best in the industry.** How can we be so confident? Because we work hard *before* the seminar to make sure you're happy *after* the seminar. Pertinent, up-to-date information you can really use, a convenient meeting location, seminar registrars who are courteous and helpful and a trainer who grabs your attention and takes you on an exciting journey full of fun and *facts*. We believe you'll love every minute of it. Millions of satisfied participants from around the country are sold on SkillPath seminars. Why not join them?



## We guarantee results

If you're not happy, we're not happy. Go back to work and apply the new project management techniques you learned in our seminar. If you're not absolutely delighted with the results you achieve, write to us right away. We'll issue you a refund or arrange for you to attend another SkillPath seminar without paying another penny. *That's our guarantee!*

# Registration Information

1. For the fastest service, phone 1-800-873-7545 or 1-913-677-3200. Our customer service representatives will be happy to take your enrollment. The easiest way to guarantee your enrollment is to pay with a credit card when making your reservation, or you can mail in your payment before the seminar date.
2. Visit our Web site at **www.skillpath.com** for easy on-line registration.
3. Or send your enrollment to us by e-mail at **enroll@skillpath.net**. Please include the following information: Name and mailing address; session you wish to attend; your VIP number as it appears on your mailing label; approving manager and billing information.
4. If you prefer to fax us your registration, the number is 1-913-362-4241. Please include credit card information or mail in your payment before the seminar date.
5. Of course, you can complete the enrollment form below, clip it and mail it with payment to:
   SkillPath Seminars, P.O. Box 804441, Kansas City, MO 64180-4441.

Whatever your method of registration, be sure to enroll right away since space is limited. As soon as we receive your enrollment, we'll send your Express Admission Ticket. Simply bring it with you to the program and hand it to the registrar. If your ticket doesn't arrive before the seminar, be sure to go anyway. We'll be expecting you. Walk-in registrations are welcome on a space-available basis only.

**Your tuition is tax deductible.** Even the government smiles on professional education. All expenses of Continuing Education (including registration fees, travel, meals and lodging) taken to maintain and improve professional skills are tax deductible according to Treasury Regulation 1.162-5 Coughlin vs. Commissioner, 203 F2d 307.

**Cancellations and substitutions.** Cancellations received up to five working days before the seminar are refundable, minus a $25 registration service charge. After that, cancellations are subject to the entire seminar fee, which you may apply toward a future seminar. Please note that if you don't cancel and don't attend, you are still responsible for payment. Substitutions may be made at any time.

This SkillPath seminar qualifies for **12 contact hours (1.2 CEUs)** in accordance with guidelines set forth by the **International Association for Continuing Education and Training—Authorized Provider number 3307.** You must attend the entire program to qualify for CEUs. Many national, state and local licensing boards and professional organizations will grant Continuing Education credit for attendance at our seminars (save this brochure and your Certificate of Attendance). You may want to contact your own board or organization to find out what's required.

**Registered with the National Association of State Boards of Accountancy (NASBA)** as a sponsor of continuing professional education on the National Registry of CPE Sponsors. State boards of accountancy have final authority on the acceptance of individual courses for CPE credit. Complaints regarding registered sponsors may be addressed to the National Registry of CPE Sponsors, 150 Fourth Avenue North, Nashville, TN 37219-2417. This seminar qualifies for 12 CPEs. No prerequisite courses, advance preparation or experience is required for admittance to this seminar.

## Five easy ways to register:


**By phone**
1-800-873-7545
or 1-913-677-3200


**On-line**
Enroll on-line at
www.skillpath.com


**By e-mail**
enroll@skillpath.net
*Please include:*
- Name and mailing address
- Session you wish to attend
- Your VIP number as it appears on your mailing label
- Approving manager
- Billing information


**By fax**
1-913-362-4241


**By mail**
*Complete and mail enrollment form to:*
SkillPath Seminars
P.O. Box 804441
Kansas City, MO
64180-4441

---

☒ **Yes,** I can't wait to attend ...

Fundamentals of
## Successful Project Management

**Please print or type:**   Note: If you've registered by phone and paid with a credit card, it's not necessary to return this form.

Mr.
Ms. _____
   Name and Title                                               Program No.
   E-mail Address _____

Mr.
Ms. _____
   Name and Title                                               Program No.
   E-mail Address _____

Mr.
Ms. _____
   Name and Title                                               Program No.
   E-mail Address _____

Mr.
Ms. _____
   Name and Title                                               Program No.
   E-mail Address _____

*Please list additional registrations on a separate sheet and attach.*

Mr.
Ms. _____
   Approving Supervisor                    Title

Company _____

Mailing Address _____

City, State, ZIP _____

Telephone _____  Ext. _____

Fax _____

**Payment Information** (Please pay before the seminar):

☐ Confirming phone registration: # _____
☐ Check enclosed payable to: **SkillPath Seminars**
   Mail to: SkillPath Seminars, P.O. Box 804441, Kansas City, MO 64180-4441

   Check # _____ Check amt. _____

☐ Purchase order attached: # _____
☐ Invoice my company
   Attention: _____

☐ **Charge to:** ☐ MasterCard    ☐ AmEx    ☐ Visa
☐ Discover/Private Issue/Bravo   ☐ Diners Club

Card number _____

Expiration date _____

Signature _____

**Your Preferred Customer Number:**
_____

**Your VIP Number:**
_____

Please fill in the spaces above with the information that appears on your mailing label.

✂ CLIP PAGE AND MAIL

# Fundamentals of
# Successful Project Management

### The unique two-day workshop that takes the mystery out of successful project management

- How to plan projects
- How to establish time lines
- How to keep things moving
- How to monitor and control
- How to solve problems
- How to manage multiple projects

**To enroll:**


Call toll free
**1-800-873-7545**


On-line at
**www.skillpath.com**


E-mail us at
**enroll@skillpath.net**


Fax us at
**1-913-362-4241**


Complete and mail the enrollment form on page 7 to:
**SkillPath Seminars
P.O. Box 804441
Kansas City, MO 64180-4441**

HMP2 #12041 Ⓐ     PLEASE ♻ RECYCLE     Printed in the USA

---



**SkillPath Seminars**
6900 Squibb Road
P.O. Box 2768
Mission, KS 66201-2768

*a division of The Graceland College Center for
Professional Development and Lifelong Learning, Inc.*

```
NONPROFIT ORG.
U.S. POSTAGE
PAID
Graceland College Center
for Professional Development
and Lifelong Learning, Inc.
```

Time-Sensitive Material



Keep your projects
on track, on budget,
*on time!*

E-3

 **Skill**



*Event*

| General Business Skills - Management | | | Register for an event: |
|---|---|---|---|
| **Project Management Success Made Easy** | | | Number of Participants: |
| **Starts:** Tuesday, January 17, 2006<br>Date or City Bad? | **Single Price:** | $195.00 | Regist |
| | **Group Price:** | $175.00 | |
| **Type:** Public Seminar | **Group Minimum:** | 4 | |
| **Location:** Atlanta, GA | | | |

**Guarantee:** A 100% full refund for any reason up to 30 days after the event if you attended and have any issues about the quality (no risk in trying any seminar or event). You may also substitute participants at any time without cost if you cannot attend. A full refund shall also be given if cancellation is made more than 10 business days before an event because many of our variable costs can be avoided. If the participant is a "no show" or cancels less than 10 business days before an event, even though the instructor, manual, facility and catering costs will have already been incurred by us, we will still issue you a 100% credit toward a future event so there is no risk in trying any of our events.

**Who Should Attend**

Managers who need a framework to help accomplish an important new objective; face new challenges; and need to organize, define objectives, communicate and instruct.

**Overview**

Effective project management is the cornerstone of every business success. Managers are constantly called upon to manage projects or to be part of a project team. To ensure, project success, managers may change to new systems, create customized products, improve production process efficiency, implement marketing campaigns, and monitor them. This seminar provides participants with detailed guidelines that they can apply to their current or next project.

**Agenda**

Fundamentals of project management

- Stages of project management: initiation, planning, execution, and closeout
- Advantages of an effective project management scheme
- Factors that determine a well-crafted project
- Determining project tasks the path they follow

Managing the project scope and duration

- Defining the objectives of the project
- Determining project scope in terms business, technical, and operational objectives
- Defining the work to be done
- Work breakdown structure

E-3

- Managing scope changes
- Estimating time to complete project tasks
- Resource loading and leveling
- Determining project requirements
- Controlling project costs
- Risk management concepts

Salient project team values

- Situational leadership
- Creating shared commitment
- Instilling team values

Setting work breakdown arrangements

- Identifying appropriate methodologies to match project objectives
- Crafting realistic and attainable estimates
- Balancing among targets, estimates, and commitments
- Scheduling, resource utilization, and milestone plans

Project implementation and control

- Establishing an effective status reporting system
- Knowing when to change the project scope
- Knowing when to change the control board
- Conducting impact assessments

Managing quality and risks

- Project specifications
- Quality assurance and control
- Risk identification
- Planning and responding to risks

Managing project communications

- Who needs what, when, how, etc.?
- Reporting project status
- Measurement metrics
- Earned Value

Project closeout

- How to create a concise and informative final report
- Highlighting lessons learned and best practices
- Carrying out other contractual and financial closeouts
- Obtaining final approval and buy-ins

Number of Participants: | 1 |   Register

BACK

Home | About Us | Questions | Contact Us